# EXHIBIT A

10-043810

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

| | |
|---|---|
| PHH MORTGAGE CORPORATION<br>PLAINTIFF, | |
| -vs- | NO. 10 CH 48036 |
| SCOTT R. FOSTER A/K/A SCOTT RYDER FOSTER A/K/A SCOTT FOSTER; 1212-1214 SHERWIN AVENUE CONDOMINIUM ASSOCIATION; CAPITAL ONE BANK (USA), N.A.; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; UNKNOWN OCCUPANTS | CALENDAR NO: 62<br><br>PROPERTY ADDRESS:<br>1212 WEST SHERWIN AVENUE<br>UNIT 2<br>CHICAGO, IL 60626 |
| DEFENDANTS | |

### MEMORANDUM OF JUDGMENT

On _August 3, 2017_, judgment was entered in favor of the Plaintiff, PHH Mortgage Corporation and against Defendant(s), Scott R. Foster a/k/a Scott Ryder

Foster a/k/a Scott Foster, whose address is 1212 West Sherwin Avenue, Unit 2, Chicago, IL 60626 in the amount of $131,758.73.

Dated:_____

Entered:_____
          Judge

*Judge Daniel Patrick Brennan*
*AUG 03 2017*
*Circuit Court 1932*

Prepared By and Mail To:
Shapiro Kreisman & Associates, LLC
Attorney for Plaintiff
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
ILNOTICES@logs.com
Attorney No: 42168

10-043810

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

PHH MORTGAGE CORPORATION
PLAINTIFF,

-vs-

SCOTT R. FOSTER A/K/A SCOTT RYDER
FOSTER A/K/A SCOTT FOSTER; 1212-1214
SHERWIN AVENUE CONDOMINIUM
ASSOCIATION; CAPITAL ONE BANK (USA),
N.A.; UNKNOWN OWNERS AND NON-RECORD
CLAIMANTS; UNKNOWN OCCUPANTS
DEFENDANTS

NO. 10 CH 48036

CALENDAR NO: 62

PROPERTY ADDRESS:
1212 WEST SHERWIN AVENUE
UNIT 2
CHICAGO, IL 60626

### ORDER APPROVING REPORT OF SALE AND DISTRIBUTION AND ORDER FOR A PERSONAL DEFICIENCY JUDGMENT AGAINST SCOTT R. FOSTER A/K/A SCOTT RYDER FOSTER A/K/A SCOTT FOSTER AND ORDER OF POSSESSION

THIS CAUSE coming on to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution filed by the duly appointed Selling Officer and for an Order of Possession and Order for a Personal Deficiency Judgment against Scott R. Foster a/k/a Scott Ryder Foster a/k/a Scott Foster.

The Court having examined said report finds that the Selling Officer has in every respect proceeded in accordance with the terms of this Court's Judgment, and that said sale was fairly and properly made, and that the proceeds derived therefrom were properly distributed, but were not sufficient to pay in full the amount due the Plaintiff, leaving a deficiency of $131,758.73, together with interest thereon at the rate of nine percent per annum from the date of sale.

The Court having examined said report finds that the Selling Officer has in every respect proceeded in accordance with the terms of this Court's Judgment, and that said sale was fairly and properly made, and that the proceeds derived therefrom were properly distributed.

Pursuant to the Motion for Order Approving Report of Sale and Distribution and Order of Possession, THE COURT FINDS

A. The last inspection of the subject property was completed on June 26, 2017.
B. The subject property was identified as a Condominium.
C. The following defendants have been named as individuals in Plaintiff's complaint: Scott R. Foster a/k/a Scott Ryder Foster a/k/a Scott Foster.
D. The following occupants were identified as occupying the subject property _____Unknown_____.

IT IS ORDERED that the sale of the Property involved herein by said Selling Officer, the distribution by him of the proceeds of sale, issuance of the Selling Officer's Certificate of Sale and his Report of Sale and Distribution of proceeds of sale, be and the same are hereby approved and confirmed.

That the mortgagee's fees and costs arising between the entry of the judgment of foreclosure and the date of the confirmation hearing are approved, ratified and confirmed.

That the Selling Officer shall execute and deliver to the successful bidder, pursuant to 735 ILCS 5/15-1507, a certificate of sale and a duplicate thereof to be recorded with the Recorder of Deeds of Cook County, Illinois.

That upon request by the successful bidder, the Selling Officer shall execute and deliver to the successful bidder, pursuant to 735 ILCS 5/15-1509, a deed sufficient to convey title, provided that all required payments have been made.

That V&T INVESTMENT CORP is entitled to possession of the Property, commonly known as:

UNIT 2 OF 1212-1214 SHERWIN CONDOMINIUM AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PARCEL OF REAL ESTATE: THE EASTERLY 7 FEET OF LOT 9 AND WESTERLY 35 FEET OF LOT 10 IN BLOCK 12 IN THE RESUBDIVISION OF BLOCKS 11 AND 12 IN BIRCHWOOD BEACH IN SECTION 29, TOWNSHIP 41 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO THE DECLARATION OF CONDOMINIUM RECORDED IN THE OFFICE OF THE RECORDER OF DEEDS AS DOCUMENT NUMBER 25887284 AS AMENDED BY DOCUMENT 26599496 SUBSEQUENTLY RECORDED WITH SAID RECORDER, AND AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS.

Commonly known as 1212 West Sherwin Avenue, Unit 2, Chicago, IL 60626

Permanent Index No.: 11-29-315-018-1002

[handwritten: and the 1212-1214 Sherwin Ave Condominium Association]

Effective 30 DAYS AFTER the entry of this order; the Sheriff of Cook County is directed to evict and dispossess Scott R. Foster a/k/a Scott Ryder Foster a/k/a Scott Foster from the subject Property.

IT IS FURTHER ordered that a Judgment In Personam shall be entered in favor of Plaintiff for the amount of $131,758.73 against the following named persons, Scott R. Foster a/k/a Scott Ryder Foster a/k/a Scott Foster, and a memorandum of Judgment shall issue without the right of homestead.

The Court finds the last Inspection/Tenant check was completed on: June 26, 2017 and the property was identified as a Condominium.

A copy of this Order Approving Sale shall be sent to all Defendants via regular mail within 7 days of the entry of this Order.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamp.

### CERTIFICATE OF SALE AND/OR PURCHASER AT SALE INFORMATION

1. DATE OF SALE: June 30, 2017
2. NAME OF SUCCESSFUL PURCHASER: V&T INVESTMENT CORP
3. CONTACT Tam Huynh
4. ADDRESS: 2248 WEST FOSTER AVENUE, CHICAGO, IL 60625
5. PHONE NO.: (773)430-8070

Dated:_____

Entered:_____
        Judge

[stamp: Judge Daniel Patrick Brennan, AUG 03 2017, Circuit Court 1932]

Shapiro Kreisman & Associates, LLC
Attorney for Plaintiff
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
ILNOTICES@logs.com
Attorney No: 42168